UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ANDREW ZIMMERMANN, et. al.

      Plaintiff

v.

CAMBRIDGE CREDIT COUNSELING
CORP., et. al.

      Defendant

CIVIL ACTION NO. 03-CV-30261

## NOTICE OF APPEAL

Notice is hereby given that the Intervenor Karen Puccio in the above named case, hereby appeals to the United States Appeals Court from the court order therein rendered on July 29, 2009 denying her motion to intervene (doc. 448) in the above stated matter.

Dated: 8/27/09

    Respectfully submitted,

    Karen Puccio,

    By her attorney

    /s/ David Constantino
    David Constantino, Esq. (BBO 645357)
    The Law Office of David Constantino
    340 Main St.
    Suite 562
    Worcester, MA 01608
    Tel. (508) 795-0936
    Fax (508) 795-0938

## CERTIFICATE OF SERVICE

I, David Constantino, attorney for the Intervenor, do hereby certify that I have served a copy of the above document by USP mail and ECF filing electronically copy of same to the following parties on August 27, 2009.

Joseph R. Harbeson, Esq.
Ruskin Moscou Faltischek P.C.
East Tower, 15th Floor
1425 RexCorp Plaza
Uniondale, NY 11556

Stephen G. Hennessy, Esq.
Counselor at Law
P.O. Box 477
Milton, MA 02186

Signed under the pains and penalties of perjury,

/s/ David Constantino
David Constantino, Esq.
Law Office of David Constantino
340 Main St., Suite 562
Worcester, MA 01608
(508) 795-0936