IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
Springfield Division

| | |
|---|---|
| ANDREW ZIMMERMANN and KELLY ZIMMERMANN, on behalf of themselves and all others similarly situated,<br><br>      Plaintiffs,<br><br> v.<br><br>CAMBRIDGE CREDIT COUNELING CORP., *et al.*<br><br>      Defendants. | Civil Action No.<br>03-cv-30261-MAP |
| ANDREW ZIMMERMANN and KELLY ZIMMERMANN, as class representatives for the certified ZIMMERMANN ACTION CLASSES,<br><br>      Plaintiffs,<br><br> v.<br><br>BDO SEIDMAN, LLP, *et al.*<br><br>      Defendants. | Civil Action No.<br>09-cv-30190-MAP |
| ANDREW ZIMMERMANN and KELLY ZIMMERMANN, as class representatives for the certified ZIMMERMANN ACTION CLASSES,<br><br>      Plaintiffs,<br><br> v.<br><br>EPSTEIN BECKER AND GREEN, P.C., *et al.*,<br><br>      Defendants. | Civil Action No.<br>09-cv-30194-MAP |

**NOTICE OF APPEARANCE OF TUSA P.C.
AND MOTION FOR SUBSTITUTION OF COUNSEL**

To:   Honorable Michael A. Ponsor, USDJ
      Honorable Kenneth P. Neiman, USMJ
      Counsel of record

PLEASE TAKE NOTICE THAT the undersigned has been admitted *pro hac vice* in the above-listed actions and has served as counsel for Plaintiffs and the class certified in Case No. 03-cv-30261-MAP. Tusa P.C. now files its notice of appearance in the above-listed related actions as counsel for Plaintiffs and the class certified in Case No. 03-cv-30261-MAP. The mailing address and contact information for Tusa P.C. appears below.

PLEASE TAKE FURTHER NOTICE that pursuant to the accompanying Declaration of Joseph S. Tusa, submitted herewith, Joseph S. Tusa, Esq. and Tusa P.C. hereby move this Court for an order substituting Tusa P.C. for Whalen & Tusa, P.C. in the above-listed related actions for all purposes. Whalen & Tusa, P.C., formerly a New York professional service corporation, was dissolved by the New York Secretary of State on April 18, 2011.

PLEASE TAKE FURTHER NOTICE that Plaintiff and class representative Andrew Zimmermann has given his consent to the appearance of Tusa P.C. and the substitution of Tusa P.C. for Whalen & Tusa, P.C. in the above-listed related actions.

PLEASE TAKE FURTHER NOTICE that co-counsel for Plaintiffs and the Class certified in Case No. 03-cv-30261-MAP consent to the relief sought by this motion.

Dated: April 21, 2011
       Lake Success, New York

Respectfully submitted,

**TUSA P.C**.

__/s/ Joseph S. Tusa_____
Joseph S. Tusa
1979 Marcus Avenue, Ste. 210
Lake Success, NY  11042
Tel. (516) 622-2212
joseph.tusapc@gmail.com

***Attorneys for Plaintiffs***