IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
Springfield Division

| | |
|---|---|
| ANDREW ZIMMERMANN and KELLY ZIMMERMANN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CAMBRIDGE CREDIT COUNELING CORP., *et al*.<br><br>Defendants. | Civil Action No. 03-cv-30261-MAP |
| ANDREW ZIMMERMANN and KELLY ZIMMERMANN, as class representatives for the certified ZIMMERMANN ACTION CLASSES,<br><br>Plaintiffs,<br><br>v.<br><br>BDO SEIDMAN, LLP, *et al.*<br><br>Defendants. | Civil Action No. 09-cv-30190-MAP |
| ANDREW ZIMMERMANN and KELLY ZIMMERMANN, as class representatives for the certified ZIMMERMANN ACTION CLASSES,<br><br>Plaintiffs,<br><br>v.<br><br>EPSTEIN BECKER AND GREEN, P.C., *et al*.,<br><br>Defendants. | Civil Action No. 09-cv-30194-MAP |

**DECLARATION OF JOSEPH S. TUSA IN SUPPORT OF MOTION
TO SUBSTITUTE TUSA P.C. FOR WHALEN & TUSA, P.C.**

I, Joseph S. Tusa, an attorney admitted *pro hac vice* and in good standing in this Court, declare as follows.

1. I am a shareholder in the law firm Tusa P.C., and was a shareholder in Whalen & Tusa, P.C. before that New York professional service corporation was dissolved by the New York Secretary of State on April 18, 2011.

2. I submit this Declaration in support of the motion filed by Joseph S. Tusa and Tusa P.C. to substitute Tusa P.C. for Whalen & Tusa, P.C. for all purposes in the-above listed related actions.

3. Plaintiff and class representative Andrew Zimmermann has provided his consent to the appearance of Tusa P.C. and the substitution of Tusa P.C. for Whalen & Tusa, P.C. in the above-listed related actions.

4. Co-counsel for Plaintiffs and the class certified in Case No. 03-cv-30261-MAP consent to appearance the substitution of Tusa P.C. for Whalen & Tusa, P.C. in the above-listed related actions.

5. On April 18, 2011, the New York Secretary of State, Division of Corporations dissolved Whalen & Tusa, P.C. The New York Secretary of State filing receipt and page from the Division of Corporations online entity database confirming the final dissolution of Whalen & Tusa, P.C. as of April 18, 2011 are attached hereto as Exhibit 1.

6. Whalen & Tusa, P.C. was a New York professional service corporation, subject to the New York Business Corporation Law ("BCL"). BCL Section 1005(a)(1) states that: "(a) After dissolution: (1) The corporation shall carry on no business except for the purpose of winding up its affairs." Accordingly, substitution for Whalen & Tusa, P.C. in this action is necessary and timely.

7. I have been the primary attorney and shareholder at Whalen & Tusa P.C. charged with providing professional services to Plaintiffs and the class certified in Case No. 03-cv-30261-MAP in the above-listed related actions.

8. Among the former shareholders of Whalen & Tusa, only I am admitted *pro hac vice* by this Court in the above-listed related actions.

9. Attached hereto as Exhibit 2 is a true copy of the Order granting a motion by Tusa P.C. to be substituted for Whalen & Tusa, P.C. entered by the United States District Court for the District of New Jersey in the action styled *Agostino v. Quest Diagnostics, Inc*.

10. Attached hereto as Exhibit 3 is a true copy of the Order granting a motion by Tusa P.C. to be substituted for Whalen & Tusa, P.C. entered by the American Arbitration Association arbitrator in the certified class arbitration styled *Jones v. Genus Credit Counseling Corp*. (Ex. 3 hereto).

11. No court has denied a motion by Tusa P.C. to be substituted for Whalen & Tusa, P.C.

12. A courtesy copy of a proposed order submitted in support of the pending motion is enclosed.

13. I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed this 21st day of April, 2011 in Lake Success, New York.

                                                             __/s/ Joseph S. Tusa____
                                                             Joseph S. Tusa (*pro hac vice*)

# EXHIBIT 1

```
N. Y. S. DEPARTMENT OF STATE
DIVISION OF CORPORATIONS AND STATE RECORDS          ALBANY, NY 12231-0001
                              FILING RECEIPT
================================================================================
ENTITY NAME: WHALEN & TUSA, P.C.

DOCUMENT TYPE: DISSOLUTION (DOMESTIC)                        COUNTY: NASS

================================================================================
FILED:04/18/2011 DURATION:*********  CASH#:110418000145 FILM #:110418000131

    FILER:
    ------
    JOSEPH S. TUSA
    283 AVENUE C, #12A

    NEW YORK, NY 10009

    ADDRESS FOR PROCESS:
    --------------------



    REGISTERED AGENT:
    -----------------
```



```
================================================================================
SERVICE COMPANY: ** NO SERVICE COMPANY **              SERVICE CODE: 00

FEES          210.00                          PAYMENTS           210.00
              ------                                             ------
FILING         60.00                          CASH                 0.00
TAX             0.00                          CHECK                0.00
CERT            0.00                          CHARGE             210.00
COPIES          0.00                          DRAWDOWN             0.00
HANDLING      150.00                          OPAL                 0.00
                                              REFUND               0.00
================================================================================
                                                      DOS-1025 (04/2007)
```

# NYS Department of State

## Division of Corporations

## Entity Information

The information contained in this database is current through April 18, 2011.

Selected Entity Name: WHALEN & TUSA, P.C.
Selected Entity Status Information
**Current Entity Name:** WHALEN & TUSA, P.C.
**Initial DOS Filing Date:** NOVEMBER 07, 2003
**County:** NASSAU
**Jurisdiction:** NEW YORK
**Entity Type:** DOMESTIC PROFESSIONAL CORPORATION
**Current Entity Status:** INACTIVE - Dissolution (Apr 18, 2011)

Selected Entity Address Information
**DOS Process (Address to which DOS will mail process if accepted on behalf of the entity)**
WHALEN & TUSA, P.C.
33 W 19TH ST
4TH FL
NEW YORK, NEW YORK, 10011

**Chairman or Chief Executive Officer**
JOSEPH S TUSA
283 AVE C
12A
NEW YORK, NEW YORK, 10009

**Principal Executive Office**
WHALEN & TUSA, P.C.
565 PLANDOME RD
212
MANHASSET, NEW YORK, 11030

**Registered Agent**
NONE

This office does not record information regarding the names and addresses of officers, shareholders or directors of nonprofessional corporations except the chief executive officer, if provided, which would be listed above. Professional corporations must include the name(s) and address(es) of the initial officers, directors, and shareholders in the initial certificate of incorporation, however this information is not recorded and only available by viewing the certificate.

### *Stock Information

| # of Shares | Type of Stock | $ Value per Share |
|---|---|---|
| 200 | No Par Value | |

*Stock information is applicable to domestic business corporations.

### Name History

| Filing Date | Name Type | Entity Name |
|---|---|---|
| NOV 07, 2003 | Actual | WHALEN & TUSA, P.C. |

A **Fictitious** name must be used when the **Actual** name of a foreign entity is unavailable for use in New York State. The entity must use the fictitious name when conducting its activities or business in New York State.

NOTE: New York State does not issue organizational identification numbers.

Search Results   New Search

Services/Programs | Privacy Policy | Accessibility Policy | Disclaimer | Return to DOS Homepage | Contact Us

# EXHIBIT 2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| DENISE AGOSTINO, ROCCO AGOSTINO, JENNIFER HALEY, CHRISTINE RANIERI, RICHARD RANIERI, ARIA MCKENNA, ERIC GUNTHER, DENISE CASSESE, MARK SMALLER, MICHAEL HOECKER, SUELLEN HOECKER, ERIC BREUER, DANIELLE AUCLAIR, RONALD SMUCKER, KATHLEEN SMUCKER, ELIZABETH CRUTHERS, RICHARD GRANDALSKI and JANET GRANDALSKI, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>            v.<br><br>QUEST DIAGNOSTICS, INC., RETRIEVAL MASTERS CREDIT BUREAU, INC. d/b/a AMERICAN MEDICAL COLLECTION AGENCY, CREDIT COLLECTION SERVICES, RUSSELL COLLECTION AGENCY, INC., CREDIT BUREAU CENTRAL, QUANTUM COLLECTIONS, SEATTLE SERVICE BUREAU, INC. and Does 1 to 50,<br><br>    Defendants. | Civil Action No. 04-4362 |

**ORDER**

1

This matter having come before the Court on the motion of Joseph S. Tusa and Tusa P.C., dated January 24, 2011, it is hereby Ordered as follows:

1. Whalen & Tusa, P.C. having voted to dissolve on December 22, 2010, Tusa P.C. is hereby substituted for Whalen & Tusa, P.C. for all purposes in this action.

2. The Clerk is directed to revise the docket in this action and the appearances of counsel to reflect this Order of the Court.

So Ordered this
28th day of February, 2011

_____
**Michael A. Shipp**
**United States Magistrate Judge**

# EXHIBIT 3

IN THE AMERICAN ARBITRATION ASSOCIATION

| | |
|---|---|
| LAVERNE JONES, STACEY NESS and KERRY NESS, *individually and on behalf of all others similarly situated,*<br><br>Claimants,<br><br>vs.<br><br>GENUS CREDIT MANAGEMENT CORPORATION, f/k/a NATIONAL CREDIT COUNSELING SERVICES, AMERICAN FINANCIAL SOLUTIONS, NORTH SEATTLE COMMUNITY COLLEGE FOUNDATION, INCHARGE INSTITUTE OF AMERICA, INC., AMERIX CORPORATION, 3C INCORPORATED d/b/a CARE ONE CREDIT COUNSELING, FREEDOM POINT CORPORATION, FREEDOM POINT FINANCIAL CORPORATION, ASCEND ONE CORPORATION and BERNALDO DANCEL<br><br>Respondents. | Case No. 11 181 00295 05<br><br><br><br>Donald H. Green, Arbitrator |

## ORDER SUBSTITUTING COUNSEL

This matter having come before the Arbitrator on the Motion of Joseph S. Tusa, Esquire, and Tusa P.C., filed on January 24, 2011. It appears that notice of said Motion has been given to all counsel of record and there being no opposition filed before me, it is hereby Ordered as follows:

The law firm of Whelan & Tusa, P.C. having voted to dissolve on December 22, 2010, and the law firm of Tusa P.C. having moved to be substituted for Whelan & Tusa P.C., for all

purposes in this arbitration as counsel for Claimants and the Claimant Class, Tusa P.C. hereby is so substituted. Tusa P.C. shall serve in that capacity along with G. Oliver Koppell and Associates.

So Ordered.

11 February 2011

                _____/s/_____
                Donald H. Green, Arbitrator

Copies to counsel of record.