IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
Springfield Division

| | |
|---|---|
| ANDREW ZIMMERMANN and KELLY ZIMMERMANN, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CAMBRIDGE CREDIT COUNELING CORP., *et al*.<br><br>Defendants. | Civil Action No. 03-cv-30261-MAP |
| ANDREW ZIMMERMANN and KELLY ZIMMERMANN, as class representatives for the certified ZIMMERMANN ACTION CLASSES,<br><br>Plaintiffs,<br><br>v.<br><br>BDO SEIDMAN, LLP, *et al.*<br><br>Defendants. | Civil Action No. 09-cv-30190-MAP |
| ANDREW ZIMMERMANN and KELLY ZIMMERMANN, as class representatives for the certified ZIMMERMANN ACTION CLASSES,<br><br>Plaintiffs,<br><br>v.<br><br>EPSTEIN BECKER AND GREEN, P.C., *et al*.,<br><br>Defendants. | Civil Action No. 09-cv-30194-MAP |

**[PROPOSED] ORDER**

This matter having come before the Court on the motion of Joseph S. Tusa and Tusa P.C., dated April 21, 2011, it is hereby Ordered as follows:

1.  Whalen & Tusa, P.C. having been dissolved by the New York Secretary of State on April 18, 2011, Tusa P.C. is hereby substituted for Whalen & Tusa, P.C. for all purposes in the-above listed related actions.

2.  The Clerk is directed to revise the docket in the above-listed related actions and the appearances of counsel to reflect this Order of the Court.

3.  Nothing in this Order shall deny any former shareholder of Whalen & Tusa, P.C. the opportunity to make an appropriate application for an allocation of attorneys' fees, if such fees are awarded or approved by this Court, nor the right of any co-counsel for Plaintiffs or the certified class to oppose such application.

So Ordered this
___ day of _____, 2011

_____