# TUSA P.C.
### ATTORNEYS AND COUNSELORS AT LAW
www.tusalawfirm.com

| | |
|---|---|
| 1979 Marcus Avenue, Ste. 210 | 33 West 19th Street, 4th Floor |
| Lake Success, NY 11042 | New York, NY 10011 |
| Telephone: (516) 622-2212 | Telephone: (212) 400-7100 |
| Facsimile: (516) 706-1373 | Facsimile: (516) 706-1373 |

**Joseph S. Tusa**
Attorney at Law
joseph.tusapc@gmail.com

April 21, 2011

**BY ECF FILING AND OVERNIGHT MAIL**

Honorable Michael A. Ponsor, USDJ
United States District Court
 District of Massachusetts
300 State Street
Springfield, MA  01105

Honorable Kenneth P. Neiman, USMJ
United States District Court
 District of Massachusetts
300 State Street
Springfield, MA  01105

Re:  *Zimmermann v. Cambridge Credit Counseling Corp.*  (No. 03-cv-30261-MAP)
     *Zimmermann v. BDO Seidman, LLP* (No. 09-cv-030190-MAP)
     *Zimmermann v. Epstein Becker & Green, P.C., et al.*  (No. 09-cv-30914-MAP)

Dear Judges Ponsor and Neiman,

Enclosed please find courtesy copies of the Notice of Appearance of Tusa P.C. and Motion to Substitute Tusa P.C. for Whalen & Tusa, P.C. in the above-referenced related actions. A supporting declaration and proposed order are also enclosed.  These documents were today filed by ECF.  Whalen & Tusa, P.C. was finally dissolved by the New York Secretary of State on April 18, 2011.

Respectfully yours,

/s/ Joseph S. Tusa
(*pro hac vice*)

cc:    Counsel of record (by ECF Filing)