*Allowed, without opposition, and so ordered in the amounts specified in the motion. /s/ Michael A. Ponsor USDJ 9.13.12*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
Springfield Division

| | |
|---|---|
| ANDREW ZIMMERMANN and KELLY ZIMMERMANN on behalf of Themselves and all other similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> CAMBRIDGE CREDIT CORP., JOHN PUCCIO, et al., <br><br> Defendants. | Civil Action No. 03-CV-30261-MAP |

### RECEIVER'S MOTION FOR ORDER ALLOWING AND APPROVING FEES AND EXPENSES

Robb Evans & Associates LLC as Receiver over the Entity Defendants and Related Entities, as those terms are defined in and appointed pursuant to the Order Appointing Receiver Over Entity Defendants and Related Entities, and as Receiver over the assets of the Individual Defendants John Puccio and Richard Puccio ("Receiver") hereby moves the Court for an order approving the fees and expenses of the Receiver from March 1, 2010 through April 30, 2012 ("Third Expense Period").

The Receivership Orders provide for payment of the Receiver's fees and expenses and Receiver's counsel's fees and expenses from assets of the estate on an ongoing basis, subject to periodic review and approval by the Court after notice and an opportunity for hearing. For the Receiver's and Receiver's counsel's fees and expenses incurred during the twenty-six month Third Expense Period, the Receiver seeks review and approval of (a) Receiver's fees of $220,685.50, (b) Receiver's costs of $5,966.51, (c) fees of the Receiver's lead counsel, the McKenna Firm of $125,424.00, (d) legal costs of the McKenna Firm of $17,707.33, (e) fees of the Receiver's local counsel of $880.00, and (f) costs of the Receiver's local counsel of $712.19. Pursuant to the

LA:17953079.1

517